**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-03507- GPG

JAMIE FANNER

    Plaintiff(s),

v.

TTEC F-K-A TELE TECH HOLDINGS INC.

    Defendant(s).

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
01/08/2021
JEFFREY P. COLWELL, CLERK

### PLAINTIFF'S MOTION TO RESTRICT

Plaintiff Jamie Fanner ("Plaintiff"), pursuant to D.C.COLO.L.Civ.R. 7.2(c), requests a motion to restrict for Doc. Nos. 3, 11 and 12.

The documents contain sensitive information, such as the ages of my minor children and personal income information, not available to the public. Additionally, I have paid a filing fee and the short/long forms are no longer required.

I have concerns about our safety, privacy, identity theft and other nefarious uses of the information in the documents, that outside of the filings, are not available to the public.

There is also no alternative to restriction than this motion. This motion is the only way to prevent public access to information, otherwise not publicly available.

Please grant this motion to protect Doc. Nos. 3,11, and 12, with a Level 1 restriction.

Dated this 8th day of 01/2021

                              s/ Ms. Jamie E. Fanner

                                    Jamie Fanner

                                    P.O. Box 141

                                   Frisco, TX 75034

                                    (214) 605-6116

**CERTIFICATE OF SERVICE**

I hereby certify that on 01/08/21 I requested electronic filing with the Clerk of the Court using the ProSe email on record, wherein the service should occur, on or about 01/11/20, within the CM/ECF system, which will send notification of such to the counsel on record.