# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 1:20-cv-03507-NYW

JAMIE FANNER,

    Plaintiff,

v.

TTEC F/K/A TELE TECH HOLDINGS, INC.

    Defendant.

## STIPULATION TO DISMISS THE ACTION WITH PREJUDICE
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(II)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Jamie Fanner and Defendant TTEC f/k/a Tele Tech Holdings, Inc. stipulate to the dismissal of the entire action with prejudice, each party to bear his or its own costs and attorneys' fees.

Respectfully submitted this 13th day of October, 2021.

| | |
|---|---|
| /s/*Jamie Fanner* | /s/*Michelle L. Gomez* |
| Jamie Fanner | Michelle L. Gomez |
| P.O. Box 141 | LITTLER MENDELSON, P.C. |
| Frisco, TX 75034 | A Professional Corporation |
| Telephone: 214.605.6116 | 1900 Sixteenth Street |
| Emails: | Suite 800 |
| jamie.fanner@outlook.com | Denver, CO  80202 |
| jamie@jfannerconsulting.com | Telephone:  303.362.2888 |
| PRO SE PLAINTIFF | Fax: 303.629.0200 |
| | mgomez@littler.com |
| | ATTORNEY FOR DEFENDANT |

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of October, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Jamie Fanner
P.O. Box 141
Frisco, TX 75034
Telephone: 214.605.6116
Emails:
jamie.fanner@outlook.com
jamie@jfannerconsulting.com

*Pro Se Plaintiff*


/s/Patricia Perez
Patricia Perez